UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13CV01091 AGF |
| ) | |
| JENNIFER EVANS, an individual, d/b/a/ ) | |
| ENVY ULTRA LOUNGE, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This action for damages under the Communications Act of 1934, 47 U.S.C. § 605, *et seq.* and the Cable & Television Consumer Protection and Competition Act of 1992, 47 U.S.C. § 553, *et seq.*, is before the Court on Plaintiff J&J Sports Productions, Inc.'s motion for issuance of summons for Defendants Courtney Evans and Jennifer Evans.  On December 11, 2013, after the expiration of the time for service in this matter, Plaintiff filed a notice of intent to use process server.  Plaintiff represents that it had difficulty obtaining service because the address at which it attempted service was no longer Defendants' address.  Asserting that it has now obtained a current address, Plaintiff seeks leave of court for issuance of two summonses for service on Defendants Courtney Evans and Jennifer Evans at 409 North Hills Drive, St. Louis, MO 63121.  Pursuant to Federal Rule of Civil Procedure 4(m) and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's motion for issuance of summons is **GRANTED**.  (Doc. No. 12.)

**IT IS FURTHER ORDERED** that Plaintiff is granted an additional thirty days through **Wednesday, March 12, 2014**, to serve Defendants Courtney Evans and Jennifer Evans at the address specified above.

                                                   _____
                                                   AUDREY G. FLEISSIG
                                                   UNITED STATES DISTRICT JUDGE

Dated this 10th day of February, 2014.